IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GROVER LEE ROGERS, | ) |
| Plaintiff, | ) ) ) Civil No. 04-3037-CO |
| v. | ) ) ORDER |
| KLAMATH COUNTY; et al., | ) ) |
| Defendants. | ) ) |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on September 22, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Defendants' motion for summary judgment (#44) is granted, and the clerk of court will enter judgment in favor of all defendants and dismissing this action without prejudice.

IT IS SO ORDERED.

DATED this **3rd** day of **Nov.**, 2005.

*Michael R. Hogan*
UNITED STATES DISTRICT JUDGE